## SECOND DEPARTMENT, DECEMBER, 1975
### (December 23, 1975)*

■ In the Matter of EUGENE VITALE, Petitioner, v JOHN M. MURTAGH, as Presiding Justice of the Extraordinary Special and Trial Term, Kings County, et al., Respondents.—Proceeding pursuant to CPLR article 78 to prohibit respondents from proceeding with the trial of an indictment and to dismiss the indictment. Application denied and proceeding dismissed, without costs, and without prejudice to the raising of the issues on appeal from any final judgment which may be entered. Gulotta, P. J., Rabin, Martuscello, Cohalan and Munder, JJ., concur.

* Not published with other decisions of December, 1975, 50 AD2d 798. [Rep.